IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | |
| Plaintiffs, | Case No. 19-cv-580 |
| v. | Judge Joan H. Lefkow |
| ROCK-IT INTERIORS, INC., | |
| Defendant. | |

## Motion to Reinstate and for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On October 25, 2019 this case was dismissed with leave to reinstate pursuant to the settlement of the parties, Exhibit A, "Agreed Order of Dismissal."

3. The Plaintiffs and Defendant entered into a settlement agreement, memorialized in the Agreed Order of Dismissal, whereby the Defendant agreed to pay $78,571.69 in partial payments, Exhibit A, paragraph one.

4. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus accrued interest, liquidated damages and attorney fees, Exhibit A, paragraph three.

5. The Defendant defaulted on the Agreement by failing to make payments pursuant to the settlement agreement. The Defendant paid $0 towards the settlement agreement. As a result of the default the Defendant now owes the Plaintiff $82,000.34 which represents the $78,571.69 plus the accrued interest ($666.23), liquidated damages ($16,732.13) and attorney fees ($870.75), see declarations, Exhibits B and C.

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against the Defendant in the amount of **$82,000.34**.

Respectively submitted,

s/ Daniel P. McAnally
Attorney for Plaintiffs

McGann, Ketterman & Rioux
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com